■ GINGER KURTZ, as Parent and Natural Guardian of SAMANTHA MANDARINO, an Infant, Appellant, v JOHN J. POIRIER, Respondent. (Appeal No. 2.) [7 NYS3d 921]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered April 10, 2014. The order denied the motion of plaintiff to set aside a jury verdict and upheld and affirmed the verdict of no cause of action.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Smith, Peradotto, Lindley and DeJoseph, JJ.